No. 81–6697.   DARKS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–6700.   INGRAM *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6701.   MALLORY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6702.   MORAN *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6709.   HERNANDEZ *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–6712.   LOZADA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6718.   REED *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–6719.   PETTEE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6724.   PERKINS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–6728.   GOODWIN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6731.   ODOM *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 81–6738.   VLASIC *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–6741.   LOCKHART *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–6749.   DEVINCENT *v.* PUTNAM, WARDEN.   C. A. 9th Cir.   Certiorari denied.